JACK GIBSON, Respondent, v. NEW YORK PLUMBERS' SPECIALTIES CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ETHEL HIRSHMAN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent and vote to reverse and deny the motion.

BRICKEN CONSTRUCTION CORPORATION, Respondent, v. LEWIS A. CUSHMAN, JR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY S. STURGIS and Others, as Executors, etc., of FRANK K. STURGIS, Deceased, Respondents, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM RAYMOND (True Name CLAUDE TERRY), Appellant.*— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Plaintiff, v. JOHN A. HURLEY and Others, Defendants, and THE NATIONAL CITY BANK OF NEW YORK, Defendant, Respondent, and JACOB LOWENSTEIN, Defendant-Impleaded, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WALTER READE, Appellant, v. HARRY SHERMAN, as President of the Moving Picture Machine Operators Union Local 306 of International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, a Voluntary Association of More Than Seven Persons, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

EDITH A. GLASSER, an Infant, by IRENE GLASSER, Her Guardian ad Litem, and IRENE GLASSER, Respondents, v. CAMP SWATONAH Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

CATHERINE CAVANAGH, as Administratrix, etc., of JOHN F. CAVANAGH, Deceased, and LILLIAN C. LEYRA, Respondents, Impleaded with Others, v. EMIL H. REICHMAN, Appellant, Impleaded with Another. (Consolidated Action.) — Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.